SUSPENSION OF COLLEGE SESSION **** THE BOARD OF REGENTS OF AGRICULTURAL AND MECHANICAL COLLEGES IS UNDER A DUTY AND AN OBLIGATION TO OPERATE AND MAINTAIN THE INSTITUTION DURING THE CURRENT FISCAL YEAR ENDING JUNE 30, 1975, FOR WHICH FUNDS HAVE BEEN PROVIDED AND ACCORDINGLY IS WITHOUT AUTHORITY, STATUTORILY OR OTHERWISE, TO CEASE OR INTERRUPT OPERATIONS DURING THE SUMMER WITHIN SUCH FISCAL YEAR.